Stanley Lorenzo **WILLIAMS,**
**Plaintiff–Appellant,**

v.

William F. **ROGERS, Jr.,**
**Defendant–Appellee.**

No. 03–6933.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided July 31, 2003.

Stanley Lorenzo Williams, Appellant Pro Se.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Stanley Lorenzo Williams appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e). We have reviewed the record and conclude the appeal is frivolous. Accordingly, we dismiss the appeal as frivolous for the reasons stated by the district court. *See Williams v. Rogers,* No. CA–03–374 (M.D.N.C. May 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*